# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1920
_____

DA'VHON YOUNG,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____


Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


June 24, 2026


PER CURIAM.

The Court denies the petition on the merits.

OSTERHAUS, C.J., and LEWIS and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Da'vhon Young, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.